## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| **GLOBAL DIGITAL SOLUTIONS, INC., a foreign corporation,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) | **CASE NO. _____** |
| | ) | |
| **MERRIELLYN KETT MURPHY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, Merriellyn Kett Murphy ("Kett"), pursuant to 28 U.S.C. §§1441 and 1446, removes this action to the United States District Court for the Southern District of Florida.  In support of its Notice of Removal, Kett states as follows:

1.      Kett is the only defendant in a civil action now pending in the Circuit Court for the Fifteenth Judicial District in and for Palm Beach County, Florida, as Case No. 2014 CA 000318, and titled Global Digital Solutions, Inc. v. Marriellyn Kett Murphy.

2.      Plaintiff filed the lawsuit on or about January 9, 2014.  Kett first received a copy of plaintiff's complaint, and notice of this action, when she was served with a copy of the summons and complaint on January 13, 2014.  Copies of all pleadings served on Kett are attached as Group Exhibit 1.  This Notice of Removal is filed within thirty days after receipt by Kett of a copy of the complaint, in compliance with 28 U.S.C. §1446(b), and within thirty days of Kett's notice of this action.

3.      Plaintiff's underlying state court action seeks damages from Kett based on theories of tortious interference with contract and/or prospective economic advantage, fraudulent inducement and negligent misrepresentation.

4.      The underlying state court action is one in which this Court had original jurisdiction under the provisions of 28 U.S.C. §1332 and is one which may be removed to this Court by Kett pursuant to the provisions of 28 U.S.C. §1441 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and is between citizens of different states.

## Diversity of Citizenship

5.      Plaintiff is a corporation incorporated under the laws of the State of New Jersey with its principal place of business in the State of Florida.  Complaint, ¶1.

6.      Kett is an individual and is a resident and citizen of the State of Illinois. Complaint, ¶2.

7.      There is complete diversity between the parties pursuant to 28 U.S.C. §1332.

## Amount in Controversy

8.      According to Plaintiff's Complaint, the amount in controversy exceeds the threshold amount for diversity jurisdiction. Plaintiff requests a judgment of at least $90,000,000.00 in Count I.

9.      If plaintiff is successful in its claims, there is a possibility that it may receive substantial recovery.  Accordingly, the amount in controversy in this litigation exceeds the sum or value of $75,000, exclusive of interest and costs.

10.     In light of the numerous and significant elements of damages, recovery, and relief alleged and sought, the amount in controversy as to the plaintiff exceeds $75,000 exclusive of interest and costs.

WHEREFORE, the above action is properly removed to this Court.

Respectfully submitted on Thursday, February 06, 2014.

MERRIELLYN KETT MURPHY


By: s/Steven M. De Falco
        One of her attorneys

Steven M. De Falco
Florida Bar No. 0733571
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, Florida 34109
T: (239) 513-9191
F: (239) 513-9677
sdefalco@meuerslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, February 06, 2014, a true and correct copy of the foregoing Notice of Removal was served via U.S. Mail and electronic mail upon counsel listed below:

Mr. Robert D. Critton, Jr.
Critton, Luttier & Coleman LLP
303 Banyan Blvd., Suite 400
West Palm Beach, FL  33401
rcrit@bclclaw.com

By:  s/Steven M. De Falco
        Steven M. De Falco