## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-80190-CIV-HURLEY

**GLOBAL DIGITAL SOLUTIONS, INC.,**
     **plaintiff,**

**vs.**

**MERRIELLYN KETT MURPHY,**
     **defendant.**

_____/

### ORDER OF CLOSE-OUT

    **THIS CAUSE** is before the Court upon the parties' joint stipulation of dismissal with prejudice filed December 16, 2014 [ECF No. 75], which pursuant to *Anago Franchising Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), operates as a self-executing document and dismisses the case upon filing. It is accordingly **ORDERED AND ADJUDGED**:

    As this case has now effectively been dismissed by stipulation of the parties, pursuant to Fed. R. Civ. P. 41, the Clerk of the Court is directed to enter this case as **CLOSED** and terminate any pending motions as **MOOT.**

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 19th day of December, 2014.

                Daniel T. K. Hurley
          United States District Judge

cc. All counsel